DIRECTOR OF REVENUE, Appellant,

v.

Mike and Carol THURMAN, Respondent.

No. WD 47898.

Missouri Court of Appeals, Western District.

Feb. 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1994.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rodney P. Massman, Asst. Atty. Gen., Jefferson City, for appellant.

Mike and Carol Thurman, pro se.

Before BERREY, C.J., P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from decision of the Administrative Hearing Commission denying Director's attempt to change the registration/classification of respondents' vehicle from recreational vehicle to commercial vehicle.

Affirmed. Rule 84.16(b).